UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RAEKWON ROBERTSON,<br><br>Petitioner,<br><br>v.<br><br>WILLIAMS, et al.,<br><br>Respondents. | Case No. 2:24-cv-01821-RFB-DJA<br><br>**ORDER** |

In this habeas corpus action, Petitioner seeks an extension of time to file an amended petition (ECF No. 15). The Court finds the request is made in good faith and not solely for the purpose of delay; therefore, good cause exists to grant the motion.

**IT IS THEREFORE ORDERED** that Petitioner's Unopposed Motion for Enlargement of Time (First Request) (ECF No. 15) is GRANTED. Petitioner has until August 26, 2025, to file an amended petition.

**IT IS FURTHER ORDERED** that Petitioner's Motion for Appointment of Counsel (ECF No. 6) is DENIED AS MOOT.

**DATED:** March 10, 2025

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**