UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| RAEKWON ROBERTSON, | Case No.: 2:24-cv-01821-RFB-DJA |
| Petitioner | **ORDER** |
| v. | |
| WILLIAMS, *et al.*, | |
| Respondents. | |

Petitioner Raekwon Robertson filed his 28 U.S.C. § 2254 petition for writ of habeas corpus challenging his state conviction. ECF Nos. 1-1, 8. Following appointment of counsel, the Court granted leave to file an amended petition. ECF No. 13. After discussing—with his counsel—his petition, the possible issues, and potential risks Mr. Robertson faces, however, he voluntarily requests dismissal of his habeas petition. ECF No. 17. Respondents have not filed an opposition, and the time to do so has expired.

Under Federal Rule of Civil Procedure 41(a)(1), a petitioner has an absolute right to voluntarily dismiss his action prior to service of an answer or a motion for summary judgment. The action is therefore dismissed, and the Court directs the Clerk of the Court to close the case. See Luna v. Kernan, 784 F.3d 640, 643 (9th Cir. 2015) (motions for voluntary dismissal filed prior to an answer or summary judgment motion "are automatically granted.")

**IT IS THEREFORE ORDERED** that Petitioner Raekwon Robertson's Motion re Voluntary Dismissal (ECF No. 17) is **GRANTED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is denied as jurists of reason would not find the dismissal of the petition to be debatable or wrong.

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to enter final judgment dismissing this action and close this case.

**DATED**: October 24, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**